**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID LEE PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-00412-GMN-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE BAR OF NEVADA, et al., ) | |
| ) | |
| Defendants. ) | |

Presently before the Court is Plaintiff David Lee Phillips's Motion to Limit Pre-Trial Publicity (ECF No. 14), filed on March 3, 2016.  Plaintiff requests that the Court limit all pre-trial publicity pending the resolution of this matter.  Plaintiff does not provide any points and authorities in support of his motion in contravention of Local Rule 7-2, which requires all motions to be supported by points and authorities and provides that the "failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion."  The Court therefore will deny Plaintiff's motion without prejudice.

IT IS SO ORDERED.

DATED: March 9, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**