# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAVID LEE PHILLIPS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE BAR OF NEVADA, *et al.*,<br><br>　　　　Defendants. | 2:16-cv-00412-GMN-CWH<br><br>**ORDER** |

　　　　Before the court is *David Lee Phillips v. State Bar of Nevada, et al.*, case number 2:16-cv-00412-GMN-CWH.  In Plaintiff's complaint, he alleges violations of Title VII of the Civil Rights Act of 1964 against the State Bar of Nevada.  [ECF No. 1].  The undersigned Magistrate Judge is assigned to conduct an Early Neutral Evaluation session pursuant to LR 16-6.  [ECF No. 5].

　　　　IT IS HEREBY ORDERED that a status conference is scheduled for 2:00 p.m., July 1, 2016, in courtroom 3C, to discuss scheduling an Early Neutral Evaluation session.

　　　　DATED this 16th day of June, 2016.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE