# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEE PHILLIPS, | |
| Plaintiff, | Case No. 2:16-cv-00412-GMN-CWH |
| vs. | **ORDER** |
| STATE BAR OF NEVADA, et al., | |
| Defendants. | |

It has come to the court's attention that on July 22, 2016, the Supreme Court of the State of Nevada suspended attorney Jerry Donohue from the practice of law for one year. In light of that suspension, Plaintiff David Lee Phillips must attend the case-status conference set for Thursday, August 4, 2016, at 3:00 p.m. and be prepared to discuss whether he will retain a new attorney or whether he will represent himself in this matter. Mr. Donohue must serve a copy of this order on Plaintiff and file proof of that service by August 1, 2016.

IT IS SO ORDERED.

DATED: July 28, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**